**DISMISS and Opinion Filed January 24, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-01038-CV**

**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Appellant**
**V.**
**JOSE MORALES, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-06348**

## MEMORANDUM OPINION

Before Justices Carlyle, Smith, and Garcia
Opinion by Justice Garcia

By joint motion the parties inform the Court that they have settled their dispute

and request that we dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a).

we grant the motion and dismiss the appeal with prejudice. *See* id.


/Dennise Garcia/
DENNISE GARCIA
JUSTICE

201038F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ALLSTATE FIRE AND
CASUALTY INSURANCE
COMPANY, Appellant

No. 05-20-01038-CV      V.

JOSE MORALES, Appellee

On Appeal from the 191st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-17-06348.
Opinion delivered by Justice Garcia.
Justices Carlyle and Smith
participating.

     In accordance with this Court's opinion of this date, the appeal is
**DISMISSED WITH PREJUDICE**.

     It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered January 24, 2022.